1/3/08

F.B.I No. 148731XA1
Case No 1:00-CR-0300-02
Eric Sanchez Reg #10667-067
Federal Medical Center Devens
P.O. Box 879
Ayers, MA. 01432  unit J-B

Office of the Clerk
United States District Court
Middle District of Pennsylvania
228 Walnut Street
P. Box 868
Harrisburg, PA 17108

Re: United States v. Sanchez. Docket No 1:CR-0300-02.

I'm writing to see if your office can please give, Me a copy of my sentencing transcript in the above styled, Criminal matter.    Thank you very much for your time in, This matter.

Sincerly Eric Sanchez



CENTRAL MA 015
03 JAN 2008 PM 5 L

Office of the Clerk
United States District Court
Middle District of Pennsylvania
228 Walnut Street
P.O. Box 868
Harrisburg, PA 17108

17108+0868

Eric Sanchez # 10667-067
Federal Medical Center Devens
P.O. Box 879
Ayers, MA 01432 unit J-B.