IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO. 1:CR-00-300-02 |
| **v.** | : |
| **ERIC SANCHEZ** | : |

# O R D E R

**IT IS HEREBY ORDERED THAT** consideration of Defendant's motion to modify term of imprisonment pursuant to 18 U.S.C. § 3582(c)(2) is deferred until after March 3, 2008, the effective date of Amendment 706.

                              s/Sylvia H. Rambo
                              SYLVIA H. RAMBO
                              United States District Judge

Dated: January 10, 2008.