IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** : **CASE NO. 1:CR-00-300-02**
:
**v.** :
:
**ERIC SANCHEZ** :

## O R D E R

Before the court is Defendant's *pro se* motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10. Defendant pled guilty and was sentenced for a crime of conspiracy to distribute 50 grams or more of crack cocaine. This offense carried a statutory mandatory minimum term of imprisonment of ten years. Defendant was sentenced to 120 months. Because the statutory mandatory minimum term remains applicable under the retroactive guideline, Defendant is not entitled to a reduction through application of the amendment (U.S.S.G. § 1B1.10(a)(2)(B)). *See* Application Note 1(A).[1]

**IT IS THEREFORE ORDERED THAT** Defendant's motion for a sentence reduction is **DENIED**.

      s/Sylvia H. Rambo
      SYLVIA H. RAMBO
      United States District Judge

Dated: March 12, 2008.

---

[1] Any other objections in Defendant's motion that attack the original sentence are inappropriate under the statute.