# NOTICE OF APPEAL TO
# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## U.S. District Court - Middle District of Pennsylvania  (Harrisburg)

FULL CAPTION IN DISTRICT COURT:

Circuit Court Docket No. _____

UNITED STATES OF AMERICA

District Court
Docket  No. _____1:00-CR-00300_____

v.

District Court
Judge _____Sylvia H. Rambo_____

ERIC SANCHEZ

Notice is hereby given that _____Eric Sanchez_____appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment; [X] Order; [ ] Other (Specify) _____entered in this action on ___March 12, 2008___.

DATED: March 21, 2008

_s/ Ronald A. Krauss, Esquire_____
(Counsel for Appellant)

Christy H. Fawcett, Esquire_____
(Counsel for Appellee)

Attorney ID # PA 44855
Federal Public Defender's Office
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-2237
Fax No. (717) 782-3881
<ronald_krauss@fd.org>
Counsel for Appellant
    Eric Sanchez

United States Attorney's Office
228 Walnut Street, Room 220
Harrisburg, PA 17101
Tel. No. (717) 221-4482
Fax No. (717) 221-2246
<christy.fawcett@usdoj.gov>
Counsel for Appellee

## CERTIFICATE OF SERVICE

I, Ronald A. Krauss of the Federal Public Defender's Office, do hereby certify that I served a copy of the **NOTICE OF APPEAL** via Electronic Case Filing, or by placing a copy in the United States mail, first class in Harrisburg, Pennsylvania, addressed to the following:

CHRISTY H. FAWCETT, ESQUIRE
United States Attorney's Office



ERIC SANCHEZ

Date: March 21, 2008          *s/ Ronald A. Krauss, Esquire*
                                            (Counsel for Appellant)

_____    Attorney ID #PA 47938
                                            Federal Public Defender's Office
                                            100 Chestnut Street, Suite 306
                                            Harrisburg, PA 17101
                                            Tel. No. (717) 782-2237
                                            Fax No. (717) 782-3881
                                            *<ronald_krauss@fd.org>*
                                            *Counsel for Appellant*
                                                 *Eric Sanchez*