IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                CASE NO. 1:CR-00-300-02

ERIC SANCHEZ,                      NOTICE OF APPEAL

    Defendant.
_____/

    **NOTICE IS HEREBY GIVEN** in the United States Court of Appeals for the Third Circuit from an Order of the United States District Court for the Middle District of Pennsylvania [Rambo, J.], denying the defendant's motion to modify his sentence pursuant to 18 U.S.C. §3582(c)(2), dated March 12, 2008.

Dated: March 21, 2008

                                            Respectfully submitted,

                                            Eric Sanchez
                                            Register No. 10667-067
                                            Federal Medical Center
                                            P.O. Box 879
                                            Ayer, Massachusetts 01432

TO: Clerk of the Court
    United States District Court
    Middle District of Pennsylvania

    Heidi R. Freese, Esq.
    Federal Public Defender
    Middle District of Pennsylvania



CENTRAL MA 015
23 MAR 2007 PM 5 L

Clerk of the court
united States District Court
Middle District of Pennsylvania
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108

Eric Sanchez # 10147-067
Federal Medical Center Devens
P.O. Box 879
Ayer, MA 01432