IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

ERIC SANCHEZ,

       Defendant.
_____/

CRIMINAL NO. 1:00-Cr-300-02

**NOTICE OF MOTION**

SIRS:

    PLEASE TAKE NOTICE that the defendant, ERIC SANCHEZ, appearing pro se, upon the annexed motion, will move in the United States District Court for the Middle District of Pennsylvania, before the Honorable Silvia H. Rambo, U.S. District Judge, on September 16, 2008, at 9:30 in the forenoon, or as soon thereafter as defendant and/or counsel may be heard for an Order Releasing the defendant on his own recognizance, pending the disposition of his impending appeal to the U.S. Court of Appeals for the Third Circuit, pursuant to 18 U.S.C.§3143(b)(1)(A)(B)(iv) and 18 U.S.C.§3142(b), and for any other relief that this Court may deem just and proper.

Dated: Devens, Massachusetts
       September 2, 2008

                             Respectfully submitted,

                             *Eric Sanchez*
                             ERIC SANCHEZ, pro se
                             REGISTER NO. 10667-067
                             FEDERAL MEDICAL CENTER
                             P.O. BOX 879
                             AYER, MASSACHUSETTS 01432
                             — Defendant —

TO: Clerk of the Court
    U.S. District Court
    Middle District of Pennsylvania

    Christy Fawcett, AUSA
    228 Walnut Street, Suite 220
    Harrisburg, PA 11754